1 | BRIAN L. BEHMER (Bar No. 156978)
brian.behmer@dlapiper.com
2 | JULIE L. SCHWARTZ (Bar No. 216392)
julie.schwartz@dlapiper.com
3 | DLA PIPER LLP (US)
401 B Street, Suite 1700
4 | San Diego, CA  92101-4297
Tel:  619.699.2700
5 | Fax:  619.699.2701

6 | Attorneys for Defendant
eBIOSCIENCE CORPORATION
7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

| SOCIETÀ ITALIANA CHIMICI SRL, an Italian limited liability company, | CV NO.  10-CV-0630 BTM (WVG) |
|---|---|
| Plaintiff, | **NOTICE OF DEFENDANT eBIOSCIENCE OF PARTY WITH FINANCIAL INTEREST** |
| v. | Date:  March 29, 2010<br>Time:  12:00 p.m. |
| eBIOSCIENCE CORPORATION, a California corporation, | Courtroom:  15<br>Judge:  Hon. Barry Ted Moskowitz |
| Defendant. | Complaint:  March 24, 2010 |

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2 of the Southern
2  District, the undersigned, counsel of record for Defendant eBioscience Corporation
3  ("eBioscience"), certifies that eBioscience is a privately held corporation, with no parent
4  corporation, and that no publicly held company 10% or more of eBioscience's stock.
5
6  Dated:  March 26, 2010             DLA PIPER LLP (US)
7
8                                     By  s /Brian L. Behmer
9                                         BRIAN L. BEHMER
                                          JULIE L. SCHWARTZ
10                                        Attorneys for Defendant
                                          eBIOSCIENCE CORPORATION
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28