1 | BRIAN L. BEHMER (Bar No. 156978)
brian.behmer@dlapiper.com
2 | JULIE L. SCHWARTZ (Bar No. 216392)
julie.schwartz@dlapiper.com
3 | DLA PIPER LLP (US)
401 B Street, Suite 1700
4 | San Diego, CA 92101-4297
Tel: 619.699.2700
5 | Fax: 619.699.2701

6 | Attorneys for Defendant
eBIOSCIENCE CORPORATION
7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SOCIETÀ ITALIANA CHIMICI SRL, an Italian limited liability company, | CV NO. 10-CV-0630 BTM (WVG) |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL (FRCP 41)** |
| v. | |
| eBIOSCIENCE CORPORATION, a California corporation, | Courtroom: 15<br>Judge: Hon. Barry Ted Moskowitz |
| Defendant. | Complaint: March 24, 2010 |

DLA PIPER LLP (US)
SAN DIEGO

WEST\21943778.1

Stipulated Request for Dismissal
10-CV-0630 BTM (WVG)

1  WHEREAS Plaintiff Società Italiana Chimici Srl ("Plaintiff") and Defendant eBioscience Corporation ("Defendant") have entered into a written Settlement Agreement regarding this action, and the parties wish this action be dismissed with prejudice;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that:

1. This action and all its claims be dismissed in its entirety with prejudice; and
2. The parties will each pay their respective costs and attorney's fees associated with this action.

**ACCEPTED AND AGREED TO:**

Dated: April 28, 2010           DLA PIPER LLP (US)


                                By s/Brian L. Behmer
                                   BRIAN L. BEHMER
                                   JULIE L. SCHWARTZ
                                   Attorneys for Defendant
                                   eBIOSCIENCE CORPORATION


Dated: April 28, 2010           JONES DAY


                                By s/Jose L. Patiño
                                   JOSE L. PATIÑO
                                   Attorneys for Plaintiff
                                   SOCIETÀ ITALIANA CHIMICI SRL