1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   SOCIETÀ ITALIANA CHIMICI SRL, an           CV NO.  10-CV-0630 BTM (WVG)
     Italian limited liability company,

12                                              **ORDER TO DISMISS ACTION**
                    Plaintiff,

13                                              Courtroom:  15
               v.                               Judge:  Hon. Barry Ted Moskowitz

14   eBIOSCIENCE CORPORATION, a                 Complaint:  March 24, 2010
     California corporation,

15
                    Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1          Pursuant to the parties' settlement and their stipulated request for dismissal under Federal

2    Rule of Civil Procedure 41,

3          IT IS HEREBY ORDERED that this entire action and all claims therein are dismissed

4    with prejudice.

5

6         **IT IS SO ORDERED**.

7    Dated:  April 29, 2010

8                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28